```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

ANGELA CRIHFIELD                                          PLAINTIFF

v.                          CASE NO. 07-6006

ST. JOSEPH'S MERCY
HEALTH CENTER and
SCOTT GRAVES                                             DEFENDANTS

## ORDER

Before the Court is the Motion to Dismiss Statutory Claims (Doc. 7) filed by Separate Defendant Scott Graves and Plaintiff's Response (Doc. 9).  Mr. Graves seeks to dismiss Plaintiff's claims against him under the Americans with Disabilities Act and the Arkansas Civil Rights Act.  Plaintiff advises she has no objection.  Accordingly, the motion is GRANTED, and Plaintiff's claims pursuant to the Americans with Disabilities Act and the Arkansas Civil Rights Act are DISMISSED WITH PREJUDICE against Separate Defendant Scott Graves.  Mr. Graves remains a defendant in this action with respect to Plaintiff's remaining claims.

IT IS SO ORDERED this 21st day of March, 2007.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge