```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION

ANGELA CRIHFIELD                                     PLAINTIFF

     vs.               Case No. 07-6006

ST. JOSEPH'S MERCY HEALTH
CENTER, et al                                        DEFENDANT
```

**O R D E R**

Currently before the Court is Plaintiff's motion to voluntarily dismiss her case (Doc. 18) and the Defendants response (Doc. #19). Upon due consideration, Plaintiff's motion is GRANTED and this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Should Plaintiff re-file her complaint, the Court may consider requiring Plaintiff to compensate Defendant for any duplicative costs and attorney's fees incurred.

IT IS SO ORDERED this 27th day of August 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)